# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. NASELLA,<br><br>        Plaintiff,<br>vs.<br><br>THE CITY OF GLENDALE, a municipal entity; THE GLENDALE POLICE DEPARTMENT, a department of the municipal entity; RANDY ADAMS, Chief of Glendale Police Department; SERGEANT YORK TSURUTA, OFFICER RILEY, FORMER OFFICER KWANT, acting officers for the Glendale Police Department on August 6, 2004,<br><br>        Defendants. | Case No. CV 05-7191-CJC (JCR)<br><br>ORDER |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge. Based on all of the foregoing, the Court has made a de novo determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the

Magistrate Judge.

IT IS ORDERED that a Judgment be entered as follows:

(1) GRANTING summary judgment:

    (a) in favor of all Defendants with respect to all of Plaintiff's Fourteenth Amendment claims;

    (b) in favor of all Defendants with respect to all of Plaintiff's First Amendment claims; and

    (c) in favor of Defendants City, Glendale PD, and Chief Adams, in both his official and individual capacities, with respect to Plaintiff's *Monell* claim;

(2) DENYING summary judgment:

    (a) against Officers Kwant and Riley, and Sergeant Tsuruta with respect to Plaintiff's Fourth Amendment claims for unlawful arrest and use of excessive force; and

    (b) against all Defendants with respect to Plaintiff's state law claims for false arrest and malicious prosecution; and

\\
\\
\\
\\
\\
\\

(3)  DENYING Defendants' claim of qualified immunity as to Officers Kwant and Riley, and Sergeant Tsuruta.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on Petitioner.

DATED: December 21, 2007

HON. CORMAC J. CARNEY
United States District Judge

3