# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICHOLAS J. NASELLA, | ) | Case No. CV 05-7191-CJC (JCR) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| THE CITY OF GLENDALE, a municipal entity; THE GLENDALE POLICE DEPARTMENT, a department of the municipal entity; RANDY ADAMS, Chief of Glendale Police Department; SERGEANT YORK TSURUTA, OFFICER RILEY, FORMER OFFICER KWANT, acting officers for the Glendale Police Department on August 6, 2004, | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

\\

\\

\\

IT IS ADJUDGED as follows:

(1) Summary judgment shall be GRANTED:

    (a) in favor of all Defendants with respect to all of Plaintiff's Fourteenth Amendment claims;

    (b) in favor of all Defendants with respect to all of Plaintiff's First Amendment claims; and

    (c) in favor of Defendants City, Glendale PD, and Chief Adams, in both his official and individual capacities, with respect to Plaintiff's *Monell* claim;

(3) Summary judgment shall be DENIED:

    (a) against Officers Kwant and Riley, and Sergeant Tsuruta with respect to Plaintiff's Fourth Amendment claims for unlawful arrest and use of excessive force; and

    (b) against all Defendants with respect to Plaintiff's state law claims for false arrest and malicious prosecution; and

(4) Defendants' claim of qualified immunity as to Officers Kwant and Riley, and Sergeant Tsuruta, shall be DENIED.

DATED: December 21, 2007

HON. CORMAC J. CARNEY
United States District Judge