SCOTT H. HOWARD, CITY ATTORNEY
MIAH YUN, DEPUTY CITY ATTORNEY
613 East Broadway, Suite 220
Glendale, California 91206
Telephone: (818) 548-2080
FAX: (818) 547-3402
State Bar No. 218808

Attorneys for Defendants:
City of Glendale, Glendale Police Department; Chief Randy Adams,
Sergeant York Tsuruta and Officers Riley and Kwant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. NASELLA, | Case No. CV-05-07191 JWJ |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL |
| vs. | |
| THE CITY OF GLENDALE, a municipal entity: THE GLENDALE POLICE DEPARTMENT, a department of a municipal entity; RANDY ADAMS, Chief of Glendale Police Department; SERGEANT YORK TSURUTA, OFFICER RILEY, FORMER OFFICER KWANT, acting officers for the Glendale Police Department on August 6, 2004, | |
| Defendants. | |

    IT IS HEREBY ordered that the above entitled action be and hereby is

dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule

41(a)(1).

DATED:  *November 6, 2008*

JEFFREY W. JOHNSON
United States Magistrate Judge

1